**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| JERRY CURRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00185-RHH |
| | ) | |
| CAPE GIRARDEAU COUNTY JAIL, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of self-represented Plaintiff's letter to the Court dated October 30, 2025, which the Court construes as a prisoner civil rights complaint under 42 U.S.C. § 1983. The complaint is defective because it has not been drafted on a Court-provided form. *See* E.D. Mo. L.R. 2.06(A). Additionally, Plaintiff has neither paid the filing fee nor filed an application to proceed in district court without prepaying fees or costs. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff (1) a copy of the Court's prisoner civil rights complaint form, and (2) a copy of the application to proceed in district court without prepaying fees or costs.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit the application to proceed in district court without prepaying fees or costs within 21 days of the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff must file and amended complaint on the Court-provided form within 21 days of the date of this Order.

**IT IS FURTHER ORDERED** if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

Dated this 6th day of November, 2025.

_____
RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE